# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA S. SHERIDAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 17-cv-833-JPG/CJP |

## MEMORANDUM & ORDER

Before the Court is the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. 17).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "On remand, the ALJ will re-evaluate the severity of the claimant's mental impairments; re-evaluate the claimant's subjective statements under SSR 16-3p; and, if warranted, obtain additional vocational evidence."

Plaintiff applied for disability benefits in December 2013. (Tr. 10). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand (Doc. 17) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Rhonda S. Sheridan's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: MARCH 27, 2018**

**s/ *J. Phil Gilbert*  
J. PHIL GILBERT  
DISTRICT JUDGE**
