# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA S. SHERIDAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 17-cv-833-JPG/CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Rhonda S. Sheridan and against defendant Commissioner of Social Security.

DATED: March 27, 2018

                **JUSTINE FLANAGAN,**
                **Acting Clerk of Court**

                **BY: s/Tina Gray**
                   **Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**U.S. District Judge**